PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-MJ-0133 CSK |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO FILE SECOND REDACTED COPY OF AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| EUSEBIO CRUZ and ANGEL PONCE, | |
| Defendant. | |

The United States' motion to partially unseal the Affidavit in Support of Criminal Complaint in the above-referenced case, to file a second redacted copy of the sealed Affidavit, and to keep the Motion to File Redacted Copy of Affidavit in Support of Criminal Complaint is GRANTED. The Clerk of the Court is directed to seal the United States' Motion to File a Second Redacted Copy of the Complaint. The Clerk of the Court is further directed to file the second redacted Criminal Complaint on the public docket.

Dated: November 14, 2024

*signature*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE